*E-FILED JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1099  GHK (PJWx) | Date | June 13, 2008 |
|---|---|---|---|
| Title | *Mary Sorial vs.  Curtis O. Barnes, P.C.,* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**     **ORDER OF DISMISSAL**

    On May 14, 2008, the Court issued an order directing plaintiff to file within fourteen days therof a motion for default judgment.   In the order, plaintiff was advised that failure to timely file such motion for default judgment would result in dismissal of the above action for plaintiff's failure to diligently prosecute.  The Court notes that the time to file such motion has now expired, with no motion or response having been filed by plaintiff.

    Having considered all relevant factors, including any available lessor sanctions, we conclude that dismissal without prejudice is appropriate in this case.  Accordingly, entry of default is hereby VACATED and the above-entitled action is hereby **DISMISSED** in its entirety without prejudice for plaintiff's failure to diligently prosecute, and for plaintiff's failure to comply with our order.

    **IT IS SO ORDERED.**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | Bea |